Hall, Appellant, *v.* Power et al.

Submitted April 23, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Abram P. Piwosky, Abraham J. Gafni,* and *Piwosky and Gafni,* for appellant.

*Edward V. A. Kussy* and *Edward A. Hosey,* Assistant Attorneys General, *Robert W. Cunliffe,* Deputy Attorney General, and *Israel Packel* Attorney General, for Commonwealth, appellee.

646

OPINION PER CURIAM, November 26, 1973:

The order of the Commonwealth Court is affirmed.

Mr. Justice ROBERTS, Mr. Justice NIX, and Mr. Justice MANDERINO dissent for the reasons set forth in the dissenting opinions in *Sweigard v. Department of Transportation*, 454 Pa. 32, 35, 38, 309 A. 2d 374, 376, 377 (1973); *Brown v. Commonwealth*, 453 Pa. 566, 577, 579, 580, 305 A. 2d 868, 871, 874, 875 (1973); *Biello v. Pennsylvania Liquor Control Board*, 454 Pa. 179, 187, 301 A. 2d 849, 853 (1973); and *Thomas v. Baird*, 433 Pa. 482, 485, 252 A. 2d 653, 655 (1969).